UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN AUTOMOBILE
ASSOCIATION (INCORPORATED),

    Plaintiff,

v.                                            Case No: 8:14-cv-738-T-30AEP

FRANK LOSURDO,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Notice of Compliance with Permanent Injunction (Dkt. 28). On September 3, 2014, Defendant Frank Losurdo was found in contempt of court for his failure to comply with the Permanent Injunction in this action. (Dkt. 25). The Contempt Order allowed Defendant to purge himself of the Contempt Order by "removing the 'AAA' designation from all aspects of his business, including storefront, sign, and vehicles, and otherwise complying with the Permanent Injunction (Dkt. 10)". *Id*. Plaintiffs now notify the Court of Defendant's compliance with the Permanent Injunction. (Dkt. 28). The Court, having reviewed the notice and being otherwise advised in the premises, concludes that Defendant has purged this Court's contempt.

It is therefore ORDERED AND ADJUDGED that:

1.    Frank Losurdo is hereby **PURGED** of the Contempt Order (Dkt. 25).

2. The Contempt Order (Dkt. 25) is **DISCHARGED** as to Defendant. Defendant need not report to the United States Marshal's Office on October 1, 2014.

3. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-738 purge contempt.docx

2